# UNITED STATES DISTRICT COURT

WESTERN                    District of        ARKANSAS

### FAYETTEVILLE DIVISION

CHARLES RAY SIMS and PAMELA SIMS,
Individually and on behalf of all          **SUMMONS IN A CIVIL ACTION**
others similarly
situated

V.

MENU FOODS INCOME FUND,                    CASE NUMBER: 07-5053
MENU FOODS MIDWEST CORPORATION,
MENU FOODS SOUTH DAKOTA INC.,
MENU FOODS INC., and MENU
FOODS HOLDINGS, INC.

TO: (Name and address of Defendant)        MENU FOODS SOUTH DAKOTA   INC.

c/o Registered Agent for Service
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware   19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Jason M. Hatfield
    Lundy & Davis, LLP
    300 N. College Ave., Suite 309
    Fayetteville, AR   72701

    (479) 527-3921
    (479) 587-9196 - fax

    jhatfield@lundydavis.com

                                            twenty (20)
an answer to the complaint which is served on you with this summons, within _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

CHRISTOPHER R. JOHNSON                      3-21-07

CLERK                                       DATE

June Scotland

(BY) DEPUTY CLERK

COPY

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>March 23, 2007 at 2:10 p.m. |
| NAME OF SERVER *(PRINT)*<br>Daniel Newcomb | TITLE<br>Process Server |

Check *one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____

☒   Other (specify): Service on Menu Foods South Dakota, Inc., was effectuated by serving Scott LaScala, Managing Agent, duly authorized to accept service. Service was made at The Corporation Trust Company, 1209 Orange St., Wilmington, DE 19801.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES<br>$60.00 | TOTAL<br>$60.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 26, 2007                 _____
          Date                       Signature of Server

                                  2000 Pennsylvania Ave. #207, Wilmington, DE 19806
                                  Address of Server

Also Served:
Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.