AO 440 (Rev. 10/93) Summons in a Civil Action  **RETURN OF SERVICE**

SERVICE OF: **SUMMONS AND COMPLAINT**
EFFECTED (1) BY ME: ~~JERE~~ NUNN , JAMES
TITLE: **PROCESS SERVER**  DATE: 03/23/2007 01:54PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

MENU FOODS, INC. C/O REGISTERED AGENT CORPORATION TRUST COMPANY

Place where served:

820 BEAR TAVERN ROAD  WEST TRENTON NJ 08528

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MARGE PHILLIPS

Relationship to defendant: FULFILLMENT SPECIALIST

Description of person accepting service:

SEX: F   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BLONDE   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . ___        SERVICES $ _____ . ___        TOTAL $ _____ . ___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 3/23 20 07       _____ L.S.
SIGNATURE OF ~~JERE~~ NUNN , JAMES
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

3/23/07

ZULEYDA CONCEPCION
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 2, 2011

ATTORNEY: JASON M. HATFIELD, ESQ
PLAINTIFF: CHARLES RAY SIMS AND PAMELA SIMS
DEFENDANT: MENU FOODS INCOME FUND, ET AL
VENUE: DISTRICT
DOCKET: 07 5053

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.