UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| CHARLES RAY SIMS and PAMELA SIMS, Individually and on behalf of all others Similarly situated, <br> Plaintiffs <br> vs. <br><br> MENU FOODS INCOME FUND, <br> MENU FOODS MIDWEST CORPORATION, <br> MENU FOODS SOUTH DAKOTA, INC., <br> MENU FOODS, INC., MENU FOODS <br> HOLDINGS, INC., <br> Defendants | ) <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) Case No. CV 07-5053 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO STAY

COMES NOW the Separate Defendants, MENU FOODS MIDWEST CORPORATION, MENU FOODS SOUTH DAKOTA, INC., MENU FOODS, INC. and MENU FOODS HOLDINGS, INC., (collectively referred to as "MENU FOODS"), by and through counsel, JONES & HARPER, and move this Court to stay all proceedings in this action, including but not limited to Separate Defendants' obligation to timely respond to Plaintiffs' Complaint, pending a transfer decision by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. §1407 and pending a determination of class certification by the transferor court pursuant to Federal Rules of Civil Procedure 23(d)(1). In support of their Motion to Stay,

Separate Defendants have attached Exhibits A, B and C, and contemporaneously have filed with the Court a Brief in Support of their Motion to Stay.

WHEREFORE, Separate Defendants, MENU FOODS MIDWEST CORPORATION, MENU FOODS SOUTH DAKOTA, INC., MENU FOODS, INC. and MENU FOODS HOLDINGS, INC., respectfully request this Honorable Court enter an Order staying further proceedings in this matter, including but not limited to Separate Defendants' obligation to timely respond to Plaintiffs' Complaint, pending the transfer decision by the Judicial Panel and a determination of class certification by the transferor court.

Respectfully submitted,

Christy Comstock (AR #92246)
Robert L. Jones, III (AR #69041)
Jones & Harper
21 West Mountain, Suite 300
Fayetteville, AR 72701
(479) 582-3382
Fax (479) 587-8189

and

Edward B. Ruff
Michael P. Turiello
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973

ATTORNEYS FOR SEPARATE DEFENDANTS, MENU FOODS MIDWEST CORPORATION, MENU FOODS SOUTH DAKOTA, INC., MENU FOODS, INC. and MENU FOODS HOLDINGS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this ___day of April 2007, electronically and by first class mail, postage prepaid to:

Jason M. Hatfield
Lundy & Davis, LLP
300 N College Ave Ste 309
Fayetteville AR 72701
Attorney for the Plaintiffs

Christy Comstock