UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| CHARLES RAY SIMS and PAMELA SIMS, Individually and on behalf of all others Similarly situated,<br>       Plaintiffs<br>vs.<br><br>MENU FOODS INCOME FUND,<br>MENU FOODS MIDWEST CORPORATION,<br>MENU FOODS SOUTH DAKOTA, INC.,<br>MENU FOODS, INC., MENU FOODS HOLDINGS, INC.,<br>       Defendants | JURY TRIAL DEMANDED<br><br>Case No. CV 07-5053 |

## EXHIBITS A, B AND C

See attached: MDL Pleading No. 1 as Exhibit A-1 pgs 1-50, A-2 pgs 51-100, A-3 pgs 101-117; MDL Pleading No. 2 as Exhibit B-1 pgs 1-50, B-2 pgs 51-100, B-3 pgs 101-155; and, MDL Pleading No. 3 as Exhibit C-1 pgs 1-50, C-2 pgs 51-100, C-3 pgs 101-150, C-4 pgs 151-200, C-5 pgs 201-215.

                                      Respectfully submitted,

                                      /s/Christy Comstock_____
                                      Christy Comstock (AR #92246)
                                      Robert L. Jones, III (AR #69041)
                                      Jones & Harper
                                      21 West Mountain, Suite 300
                                      Fayetteville, AR 72701
                                      (479) 582-3382
                                      Fax (479) 587-8189

and

Edward B. Ruff
Michael P. Turiello
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973

ATTORNEYS FOR SEPARATE DEFENDANTS, MENU FOODS MIDWEST CORPORATION, MENU FOODS SOUTH DAKOTA, INC., MENU FOODS, INC. and MENU FOODS HOLDINGS, INC.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this 12th day of April 2007, electronically and by first class mail, postage prepaid to:

Jason M. Hatfield
Lundy & Davis, LLP
300 N College Ave Ste 309
Fayetteville AR 72701
Attorney for the Plaintiffs

/s/Christy Comstock
Christy Comstock

2