UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| CHARLES RAY SIMS and PAMELA SIMS, Individually and on behalf of all others Similarly situated,<br>　　　　Plaintiffs<br><br>vs.<br><br>MENU FOODS INCOME FUND,<br>MENU FOODS MIDWEST CORPORATION,<br>MENU FOODS SOUTH DAKOTA, INC.,<br>MENU FOODS, INC., MENU FOODS HOLDINGS, INC.,<br>　　　　Defendants | Case No. CV 07-5053 |

## ENTRY OF APPEARANCE BY SEPARATE DEFENDANT MENU FOODS INCOME FUND AND MOTION TO ADOPT PLEADINGS

COMES NOW the Separate Defendant, MENU FOODS INCOME FUND, by and through counsel, JONES & HARPER, and enters its appearance in the above-captioned litigation, and for its Motion to Adopt Pleadings, moves to adopt the co-Defendants' Motion to Stay, and all matters contemporaneously filed with the Court in support of the same.

WHEREFORE, Separate Defendant, MENU FOODS INCOME FUND, respectfully requests this Honorable Court to recognize its appearance in the above-captioned matter, and enter an Order permitting Separate Defendant MENU

FOODS INCOME FUND to adopt Defendants' pending Motion to Stay, and for all other relief to which it may be entitled.

    Respectfully submitted,

    /s/Christy Comstock_____
    Christy Comstock (AR #92246)
    Robert L. Jones, III (AR #69041)
    Jones & Harper
    21 West Mountain, Suite 300
    Fayetteville, AR 72701
    (479) 582-3382
    Fax (479) 587-8189

    and

    Edward B. Ruff
    Michael P. Turiello
    PRETZEL & STOUFFER, CHARTERED
    One South Wacker Drive, Suite 2500
    Chicago, Illinois 60606
    (312) 346-1973

    ATTORNEYS FOR SEPARATE
    DEFENDANTS, MENU FOODS
    INCOME FUND, MENU FOODS
    MIDWEST CORPORATION, MENU
    FOODS SOUTH DAKOTA, INC., MENU
    FOODS, INC. and MENU FOODS
    HOLDINGS, INC.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this ___day of April 2007, electronically and by first class mail, postage prepaid to:

Jason M. Hatfield
Lundy & Davis, LLP
300 N College Ave Ste 309
Fayetteville AR 72701
Attorney for the Plaintiffs

                                      /s/Christy Comstock
                                      Christy Comstock