UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| CHARLES RAY SIMS and PAMELA SIMS, Individually and on behalf of all others similarly situated,<br>           Plaintiffs,<br><br>VERSUS<br><br>MENU FOODS INCOME FUND,<br>MENU FOODS MIDWEST CORPORATION,<br>MENU FOODS SOUTH DAKOTA INC.,<br>MENU FOODS, INC., MENU FOODS HOLDINGS, INC.,<br>           Defendants. | § § § § § § § § § § § § § § | CASE NO. 5:07-cv-05053-JLH |

*******************************************************************************

## MOTION FOR DEFAULT PURSUANT TO RULE 55 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Come now the Plaintiffs, Charles Ray Sims and Pamela Sims, on behalf of themselves and others similarly situated, and for their Motion for Default against the Separate Defendants, Menu Foods Midwest Corporation, Menu Foods South Dakota Inc., Menu Foods, Inc., and Menu Foods Holdings, Inc. (hereinafter "Separate Defendants") state:

1. The Separate Defendants failed to file an answer or otherwise defend in the current matter in a timely manner.

2.  The Plaintiffs are entitled to a default against the Separate Defendants for said failure.

3.  Plaintiffs concurrently file a brief in support of their Motion.

WHEREFORE, Plaintiffs pray that the Separate Defendants be found to be in default and for all other appropriate relief to which they may be entitled, including but not limited to costs and attorney's fees.

Dated: May 3, 2007.

        CHARLES RAY SIMS and PAMELA SIMS, On Behalf of Themselves and Others Similarly Situated, PLAINTIFFS
LUNDY & DAVIS, L.L.P.
Attorneys for the Plaintiffs
300 N. College Ave., Suite 309
Fayetteville, AR 72701
(479) 527-3921

By:    /s/ Jason M. Hatfield
     Jason M. Hatfield
     AR Bar #97143

## **CERTIFICATE OF SERVICE**

I, the undersigned, of Lundy & Davis, L.L.P., state that I have caused the above and foregoing document to be served upon defense counsel via e-mail transmission, as follows:

    Hon. Christy Comstock
    Hon. Robert L. Jones, III
    Jones & Harper
    21 West Mountain, Suite 300
    Fayetteville, AR  72701
    582-3382
    587-8189 – fax
    ccomstock@joneslawfirm.com

    Hon. Edward B. Ruff
    Hon. Michael P. Turiello
    Pretzel & Stouffer, Chartered
    One South Wacker Drive, Suite 2500
    Chicago, IL  60606
    (312) 346-1973
    (312) 346-8242
    eruff@pretzel-stouffer.com
    mturiello@pretzel-stouffer.com

on this 3rd day of May, 2007.

                                              /s/   Jason M. Hatfield
                                              Jason M. Hatfield