# LUNDY & DAVIS, L.L.P.
## ATTORNEYS AT LAW

Lake Charles, Louisiana

Houston, Texas

**JASON HATFIELD, P.A.**
OF COUNSEL
jhatfield@lundydavis.com

300 NORTH COLLEGE AVENUE
SUITE 309
FAYETTEVILLE, ARKANSAS 72701
(479) 527-3921
FACSIMILE (479) 587-9196
www.lundydavis.com

Jackson, Mississippi

Fayetteville, Arkansas

April 12, 2007

Hon. Michael P. Turiello
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, IL 60606-8242

*Telefax – (312) 346-8242*

mturiello@pretzel-stouffer.com

RE:    ***Charles Ray Sims, et al., vs. Menu Foods Income
Fund, et al.
USDC No. 07-5053***

Dear Mike:

I enjoyed talking with you this afternoon regarding the answer that is due today in the *Sims v. Menu Foods* litigation. Please be advised that I will agree to give you a fourteen (14) day extension to file a responsive pleading. If you decide to file a motion for an extension greater than that period of time, please advise the Court in your motion that I had agreed to a fourteen (14) day extension.

Thank you.

Very truly yours,

Jason M. Hatfield

JMH/sd

cc:    Mr. and Mrs. Ray Sims
2705 W. Dogwood
Rogers, AR  72758

Hon. Christy D. Comstock
JONES & HARPER
21 W. Mountain St., Suite 300
Fayetteville, AR  72701

*Telefax – 587-8189*

ccomstock@joneslawfirm.com



PLAINTIFF'S
EXHIBIT
A