# LUNDY & DAVIS, L.L.P.
## ATTORNEYS AT LAW

Lake Charles, Louisiana

Houston, Texas

**JASON HATFIELD, P.A.**
OF COUNSEL
jhatfield@lundydavis.com

300 NORTH COLLEGE AVENUE
SUITE 309
FAYETTEVILLE, ARKANSAS 72701
(479) 527-3921
FACSIMILE (479) 587-9196
www.lundydavis.com

Jackson, Mississippi

Fayetteville, Arkansas

May 3, 2007

Hon. Christy Comstock
JONES & HARPER
21 West Mountain, Suite 300
Fayetteville, AR 72701
ccomstock@joneslawfirm.com

Telefax - 587-8189



RE: **Charles Ray Sims, et al., vs. Menu Foods Income Fund, et al.**
**USDC No. 07-5053**

Dear Christy:

I enjoyed talking with you today. It is my understanding that Menu Foods will not enter into an agreed extension to answer the *Sims* Complaint by Friday, May 11th, 2007.

Very truly yours,

Jason M. Hatfield

JMH/sd

cc:   Mr. and Mrs. Ray Sims
       2705 W. Dogwood
       Rogers, AR 72758

       Hon. Edward B. Ruff
       Hon. Michael P. Turiello
       Pretzel & Stouffer, Chartered
       One South Wacker Drive, Suite 2500
       Chicago, IL 60606
       eruff@pretzel-stouffer.com
       mturiello@pretzel-stouffer.com


PLAINTIFF'S EXHIBIT B