Sims et al v. Menu Foods Income Fund et al    Doc. 21 Att. 2
Certificate of Good Standing    Page 1 of 1
Case 5:07-cv-05053-JLH   Document 21   Filed 05/16/2007   Page 1 of 1

# CERTIFICATE OF GOOD STANDING



*United States of America*

} ss. Michael Patrick Turiello

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Michael Patrick Turiello was duly admitted to practice in said Court on (12/18/1996) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (05/09/2007 )

Michael W. Dobbins, Clerk,
By: David A. Jozwiak
Deputy Clerk