UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| CHARLES RAY SIMS and PAMELA SIMS, Individually and on behalf of all others Similarly situated, <br>       Plaintiffs <br><br> vs. <br><br> MENU FOODS INCOME FUND, <br> MENU FOODS MIDWEST CORPORATION, <br> MENU FOODS SOUTH DAKOTA, INC., <br> MENU FOODS, INC., MENU FOODS HOLDINGS, INC., <br>       Defendants | Case No. CV 07-5053 |

## CORPORATE DISCLOSURE STATEMENT

Defendants, Menu Foods Midwest Corporation, Menu Foods South Dakota, Inc., Menu Foods, Inc., and Menu Foods Holdings, Inc., provide the following corporate disclosure statement:

1.    Menu Foods Holdings, Inc. is a Delaware corporation with its principal place of business in Pennsauken, New Jersey.  Menu Foods Limited owns 10% or more of Menu Foods Holdings' stock.

2.    Menu Foods South Dakota Inc. is a Delaware corporation with its principal place of business in North Sioux City, South Dakota.  Menu Foods Holdings, Inc. owns 10% or more of Menu Foods South Dakota Inc.'s stock.

3. Menu Foods Midwest Corporation is a Delaware corporation with its principal place of business in Emporia, Kansas. Menu Foods Holdings, Inc. owns 10% or more of Menu Foods Midwest Corporation's stock.

Respectfully submitted,

/s/Christy Comstock
Christy Comstock (AR #92246)
Robert L. Jones, III (AR #69041)
Jones & Harper
21 West Mountain, Suite 300
Fayetteville, AR 72701
(479) 582-3382
Fax (479) 587-8189

and

Edward B. Ruff
Michael P. Turiello
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973

ATTORNEYS FOR SEPARATE DEFENDANTS, MENU FOODS MIDWEST CORPORATION, MENU FOODS SOUTH DAKOTA, INC., MENU FOODS, INC. and MENU FOODS HOLDINGS, INC.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this ___day of June 2007, electronically and by first class mail, postage prepaid to:

Jason M. Hatfield
Lundy & Davis, LLP
300 N College Ave Ste 309
Fayetteville AR 72701
Attorney for the Plaintiffs

                                                                   /s/Christy Comstock
                                                                   Christy Comstock