UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| CHARLES RAY SIMS and PAMELA SIMS, Individually and on behalf of all others Similarly situated,<br>    Plaintiffs<br><br>vs.<br><br>MENU FOODS INCOME FUND,<br>MENU FOODS MIDWEST CORPORATION,<br>MENU FOODS SOUTH DAKOTA, INC.,<br>MENU FOODS, INC., MENU FOODS HOLDINGS, INC.,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. CV 07-5053<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF TRANSFER TO DISTRICT OF NEW JERSEY

COMES NOW the Defendants, and hereby gives notice to this Honorable Court that on June 19, 2007, the Judicial Panel on Multidistrict Litigation issued a Transfer Order, attached hereto as Exhibit A and incorporated herein by reference, creating a new multidistrict proceeding entitled *In re Pet Food Products Liability Litigation* (the "MDL"), assigning the MDL to Judge Noel L. Hillman of the District of New Jersey, and transferring the above-captioned matter to the MDL.

Respectfully submitted,

/s/Christy Comstock
Christy Comstock (AR #92246)
Robert L. Jones, III (AR #69041)

Jones & Harper
21 West Mountain, Suite 300
Fayetteville, AR 72701
(479) 582-3382
Fax (479) 587-8189


ATTORNEYS FOR SEPARATE
DEFENDANTS, MENU FOODS
MIDWEST CORPORATION, MENU
FOODS SOUTH DAKOTA, INC., MENU
FOODS, INC. and MENU FOODS
HOLDINGS, INC.


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this _27__day of June 2007, electronically and by first class mail, postage prepaid to:


Jason M. Hatfield
Lundy & Davis, LLP
300 N College Ave Ste 309
Fayetteville AR 72701
Attorney for the Plaintiffs


/s/Christy Comstock
Christy Comstock

2