# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
### WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

**35 EAST MOUNTAIN, RM 510**
**FAYETTEVILLE, ARKANSAS 72702**

**(479) 521-6980**
**FAX (479) 575-0774**

June 28, 2007

United States District Court
Martin Luther King, Jr.
Federal BLD & U.S. Courthouse
50 Walnut Street
P.O. Box 419
Newark, N.J. 07101-0419

RE: MDL 1850 In re Pet Food Products Liability Litigation

    Charles Ray Sims, et al vs. Menu Foods Income Fund, et al  07-5053
    Richard Scott Widen, et al vs. Menu Foods, Inc. et al  07-5055
    District of New Jersy Civil Action No. 1:07cv2867(NLH)(AMD)

Dear Clerk:

    Enclosed please find a certified copy of the docket sheets, MDL Transfer Order and letter from your court dated June 25, 2007, regarding the above captioned cases. All pleadings pertaining to these cases have been electronically filed and may be accessed through CM/ECF.

    Should you have any questions, please call me at (479)521-6980.

Sincerely,

Teri Gunderson
Deputy Clerk